In the Matter of the Application of SAMUEL ECKER, Petitioner, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, Impleaded with EDWARD A. NEYLAN, Respondent, Appellant.

First Department, October 31, 1933.

*John F. X. Finn* of counsel, for the appellant Edward A. Neylan.

*John T. Dooling* of counsel, for the respondent Samuel Ecker.

*Russell Lord Tarbox* of counsel, for the respondent the Board of Elections of the City of New York.

146

PER CURIAM. The court erroneously placed on the appellant Neylan the burden of establishing the genuineness of the signatures appearing upon the petition. The court also denied the appellant a reasonable opportunity to cross-examine the witnesses produced by the petitioners.

These errors are so fundamental as to require that the order appealed from should be reversed and the motion denied.

Present — FINCH, P. J., MARTIN, O'MALLEY, TOWNLEY and GLENNON, JJ.

Order reversed and petitioner's motion denied.